1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  CHAD M. MANDELL (ILBN 628783)
   Special Assistant United States Attorney
5
       150 South Almaden Boulevard, Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-5061
7      Facsimile: (408) 535-5066
       chad.mandell@usdoj.gov
8
   Attorneys for the United States,
9

10

11              IN THE UNITED STATES DISTRICT COURT

12              FOR THE NORTHERN DISTRICT OF CALIFORNIA

13
   UNITED STATES OF AMERICA,        )   No. CR 09-00211 JW
14                                  )
              Plaintiff,            )
15                                  )   STIPULATION AND [PROPOSED]
   vs.                              )   ORDER CONTINUING HEARING
16                                  )
                                    )
17 OSCAR LEYVA-PACHECO,             )
                                    )
              Defendants.           )
18 _____ )

19

20                          **STIPULATION**

21     The parties, by and through their respective counsel, hereby stipulate and agree that the

22 status hearing currently set for June 8, 2009 may be continued to Monday June 29, 2009, at 1:30

23 a.m.  The reason for the requested continuance is to permit the parties to continue settlement

24 negotiations.  Additionally, counsel for the government will be at trial June 8 through June 9,

25 2009, before the Honorable Jeremy Fogel, in U.S. v. Carballo-Delgado (CR 08-00512).

26

Stipulation and [Proposed] Order Continuing
Hearing, CR 09-00211 JW                    1

1   The parties further stipulate and agree that the time between June 8, 2009 and June 29,
2   2009, may be excluded from the time within which trial shall commence, as reasonable time
3   necessary for effective preparation of counsel, taking into account the exercise of due diligence,
4   pursuant to Title 18, United States Code Section 3161(h)(7)(A) and (h)(7)(B)(iv).

Dated: June 3, 2009

                                  s/_____
                                  RUBEN T. MUNOZ
                                  Counsel for Mr. Levya-Pacheco

Dated: June 3, 2009

                                  s/_____
                                  CHAD MANDELL
                                  Assistant United States Attorney

### [PROPOSED] ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status hearing of June 3, 2009 shall be continued to June 29, 2009 at 1:30 a.m.

It is further ordered that the time between June 3, 2009 and June 29, 2009 shall be excluded from the time within which trial shall commence under the Speedy Trial Act, as the reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence, pursuant to Title 18, United States Code Section 3161(h)(8)(A) and (h)(8)(B)(iv).

Dated: June _5_, 2009

                                  _____
                                  JAMES WARE
                                  United States District Judge

Stipulation and [Proposed] Order Continuing
Hearing, CR 09-00211 JW                        2