JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

CHAD M. MANDELL (ILBN 628783)
Special Assistant United States Attorney

    150 South Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    Facsimile: (408) 535-5066
    chad.mandell@usdoj.gov

Attorneys for the United States,

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-00211 JW |
| Plaintiff, | |
| vs. | STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING |
| OSCAR LEYVA-PACHECO, | |
| Defendants. | |

## STIPULATION

The parties, by and through their respective counsel, hereby stipulate and agree that the status hearing currently set for August 17, 2009 may be continued to September 21, 2009, at 1:30 a.m. The reason for the requested continuance is to permit the parties to continue settlement negotiations and investigation.

The parties further stipulate and agree that the time between August 17, 2009 and

Stipulation and [Proposed] Order Continuing
Hearing, CR 09-00211 JW                1

1  September 21, 2009 may be excluded from the time within which trial shall commence, as
2  reasonable time necessary for effective preparation of counsel, taking into account the exercise of
3  due diligence, pursuant to Title 18, United States Code Section 3161(h)(7)(A) and (h)(7)(B)(iv).
4
5
6  Dated: August 13, 2009

7                                                   s/_____
                                                    RUBEN T. MUNOZ
                                                    Counsel for Mr. Levya-Pacheco
8
   Dated: August 13, 2009
9
10                                                  s/_____
                                                    CHAD MANDELL
                                                    Assistant United States Attorney
11

12                                  [~~PROPOSED~~] ORDER

13       Good cause appearing and by stipulation of the parties, it is hereby ordered that the status
14  hearing of August 17, 2009 shall be continued to September 21, 2009 at 1:30 a.m.
15       It is further ordered that the time between August 17, 2009 and September 21, 2009 shall
16  be excluded from the time within which trial shall commence under the Speedy Trial Act, as the
17  reasonable time necessary for effective preparation and continuity of counsel, taking into account
18  the exercise of due diligence, pursuant to Title 18, United States Code Section 3161(h)(8)(A) and
19  (h)(8)(B)(iv).
20

21  Dated: August 13, 2009
22                                                  _____
                                                    JAMES WARE
                                                    United States District Judge
23
24
25
26