1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  CHAD M. MANDELL (ILBN 628783)
   Special Assistant United States Attorney
5
        150 South Almaden Boulevard, Suite 900
6       San Jose, California 95113
        Telephone: (408) 535-5061
7       Facsimile: (408) 535-5066
        chad.mandell@usdoj.gov
8
   Attorneys for the United States,
9

10

11              IN THE UNITED STATES DISTRICT COURT

12          FOR THE NORTHERN DISTRICT OF CALIFORNIA

13

   UNITED STATES OF AMERICA,          )    No. CR 09-00211 JW
14                                     )
                Plaintiff,             )
15                                     )    STIPULATION AND [PROPOSED]
   vs.                                 )    ORDER CONTINUING HEARING
16                                     )
                                       )
17 OSCAR LEYVA-PACHECO,                )
                                       )
                Defendants.            )
18 _____ )

19

20                       **STIPULATION**

21        The parties, by and through their respective counsel, hereby stipulate and agree that the

22 status hearing currently set for September 21, 2009 may be continued to October 26, 2009, at

23 1:30 p.m, before the Honorable James Ware, United States District Judge.  The reason for the

24 requested continuance is to permit the parties to continue settlement negotiations and

25 investigation.

26

1    The parties further stipulate and agree that the time through October 26, 2009, may be

2 excluded from the time within which trial shall commence, as reasonable time necessary for

3 effective preparation of counsel, taking into account the exercise of due diligence, pursuant to

4 Title 18, United States Code Section 3161(h)(7)(A) and (h)(7)(B)(iv).

5

6

Dated: September 17, 2009

7

                                        s/_____
8                                       RUBEN T. MUNOZ
                                        Counsel for Mr. Levya-Pacheco
9
Dated: September 17, 2009
10

                                        s/_____
11                                      CHAD MANDELL
                                        Assistant United States Attorney
12

13                              [PROPOSED] ORDER

14    Good cause appearing and by stipulation of the parties, it is hereby ordered that the status

15 hearing of September 21, 2009 shall be continued to October 26, 2009 at 1:30 p.m.

16    It is further ordered that the time through October 26, 2009 shall be excluded from the

17 time within which trial shall commence under the Speedy Trial Act, as the reasonable time

18 necessary for effective preparation and continuity of counsel, taking into account the exercise of

19 due diligence, pursuant to Title 18, United States Code Section 3161(h)(8)(A) and (h)(8)(B)(iv).

20 This is the parties' final continuance without appearing on the record.  Further continuances shall be made on the record.

21 Dated: September __17__, 2009

                                        _____
22                                      JAMES WARE
                                        United States District Judge
23

24

25

26

Stipulation and [Proposed] Order Continuing
Hearing, CR 09-00211 JW                    2